UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARTIN GILLEN,<br><br>               Petitioner,<br><br>   v.<br><br>DEBORA BORGAS,<br><br>               Respondent. | Case No. 3:26-cv-00243-MMD-CSD<br><br>ORDER |

*Pro se* Petitioner Martin Gillen failed to comply with the Court's order to pay the $5 filing fee by May 11, 2026. (ECF No. 5.) On May 21, 2026, Gillen filed a Notice of Change of Address stating he has moved to Lovelock Correctional Center. (ECF No. 6). The Court will give Mr. Gillen through June 26, 2026 to comply with the Court's order.

It is therefore ordered that Gillen must pay the $5 filing fee by June 26, 2026. The Clerk of the Court is instructed to send Gillen two copies of this Order. If Gillen decides to pay the filing fee from his inmate account, he must arrange to have a copy of this Order attached to the check for the filing fee.

It is further ordered that Gillen's failure to comply with this Order by paying the filing fee by June 26, 2026 will result in dismissal of this action without prejudice and without further advance notice.

DATED THIS 21st Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE